```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

UNITED STATES OF AMERICA

VS.                      CRIMINAL CASE NO. 3:12-cr-88-003(DCB)(FKB)

WILLIE EARL CULLEY                                          DEFENDANT

<u>ORDER</u>

This cause is before the Court on the defendant Willie Earl Culley's Motion for Reconsideration of Sentence (docket entry 272). Upon review of the motion, the Court finds that a Response from the Government is needed;

Accordingly,

IT IS HEREBY ORDERED that the Government respond to the defendant's motion within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 30th day of October, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE