```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 3:12-cr-88(DCB)(FKB)

WILLIE EARL CULLEY                                       DEFENDANT

<u>ORDER</u>

This cause is before the Court on a Motion to Modify Stay of Appeal filed by the defendant Willie Earl Culley **(docket entry 306)**. The defendant's criminal case is currently on appeal to the Fifth Circuit Court of Appeals. In the present motion, he requests this Court "to Stay Opinion the out-comes [<u>sic</u>] in Case No. 13-60489, in Court of Appeal for the Fifth Circuit." This Court is without jurisdiction to grant the relief requested.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Modify Stay of Appeal filed by the defendant Willie Earl Culley **(docket entry 306)** is DENIED.

SO ORDERED, this the 13th day of August, 2014.

<u>/s/ David Bramlette</u>
UNITED STATES DISTRICT JUDGE