```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

UNITED STATES OF AMERICA

VS.                    CRIMINAL CASE NO. 3:12-cr-88-003(DCB)(FKB)

WILLIE EARL CULLEY                                      DEFENDANT

ORDER

This cause is before the Court on the defendant Willie Earl Culley's Motion to Modify Supervised Release (docket entry 338), Motion to Reduce Sentence (docket entry 346), Motion to Vacate Under 28 U.S.C. § 2255 (docket entry 350), Motion for Federal Benefits (docket entry 363), Motion to Modify Supervised Release (docket entry 364), and Motion for Criminal Complaint (docket entry 365).  Upon review of the motions, the Court finds that Responses from the Government are needed;

Accordingly,

IT IS HEREBY ORDERED that the Government respond to the aforementioned motions by defendant within thirty (30) days from the date of entry of this Order, unless the Government finds it necessary to move for additional time.

SO ORDERED, this the 5th day of November, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE