```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 3:12-cr-88(DCB)(FKB)
                                 CIVIL ACTION NO. 3:15-cv-85(DCB)

WILLIE EARL CULLEY                                       DEFENDANT

## ORDER

This cause is before the Court on defendant Willie Earl Culley's Motion to Vacate under 28 U.S.C. § 2255 (docket entry 350). On November 5, 2015, the Court ordered the Government to respond to the motion, along with several other motions filed by the defendant. On November 27, 2015, the Government filed a motion (docket entry 394) for affidavit from defendant's former counsel in connection with the defendant's ineffective assistance of counsel claim. Also on November 27, 2015, by separate motion (docket entry 395), the Government requested additional time to respond to the § 2255 motion, i.e. 30 days following the Government's receipt of the affidavit. The Government's motions were granted on December 3, 2015.

All motions filed by the defendant have been ruled upon by the Court, with the exception of the Motion to Vacate. Apparently, the Government never received an affidavit from defendant's former counsel, Terence High. The Government is therefore requested to inform the Court how it wishes to proceed within fourteen (14) days from the entry of this Order.

SO ORDERED, this the 24th day of May, 2016.

                                                    <u>/s/ David Bramlette</u>
                                                  UNITED STATES DISTRICT JUDGE